| PROB 22 (ED/CA) (Rev. 2/88) | | DOCKET NUMBER *(TRAN. COURT)* |
|---|---|---|
| | | 0972 2:15CR00015-06 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(REC. COURT)* |
| | | 3:19-cr-05144-BHS |

FILED — LODGED — RECEIVED
APR 02 2019
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

FILED — LODGED — RECEIVED
APR 02 2019
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

| NAME AND ADDRESS OF ☐ PROBATIONER ☒ SUPERVISED RELEASEE | DIVISION |
|---|---|
| Justin Byun | Sacramento |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Senior United States District Judge Garland E. Burrell, Jr. |

| DATES OF ☐ PROBATION ☒ SUPERVISED RELEASE | FROM 9/21/2018 | TO 9/20/2021 |
|---|---|---|

**OFFENSE**
21 USC 846 and 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute at Least Five Kilograms of Cocaine (CLASS A FELONY)

**FILED**
Apr 08, 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## PART 1 – ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervisee named above be transferred with the records of the Court to the United States District Court for the Western District of Washington upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 26, 2019
*Date*

*/s/ Garland E. Burrell, Jr.*
GARLAND E. BURRELL, JR.
Senior United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

IT IS HEREBY ORDERED that jurisdiction over the above-named supervisee be accepted and assumed by this Court from and after the entry of this Order.

1 April 2019
*Effective Date*

*/s/ Benjamin H. Settle*
United States District Judge

CC: United States Attorney
FLU Unit - United States Attorney's Office
Fiscal Clerk - Clerk's Office

Rev. 05/2013
TRANSFER OF JURIS (PROB22).DOTX